AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington


CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) Case No. MJ24-474 |
| One (1) Subject Person, One (1) Subject Premise, and One (1) Subject Vehicle, as more fully described in Attachments A-1, A-2, & A-3. | ) ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Washington
*(identify the person or describe the property to be searched and give its location)*:

One (1) Subject Person, One (1) Subject Premise, and One (1) Subject Vehicle, as more fully described in Attachments A-1, A-2, & A-3. , incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before     August 23, 2024     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Any Magistrate Judge in the Western District of WA     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     August 9, 2024     9:30am
*Judge's signature*

City and state:     Seattle, Washington     Paula L. McCandlis,  United States Magistrate Judge
*Printed name and title*

USAO: 2024R00918

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:24-mj-00251 | 08/15/2024 6:00 am | Mary Noftsger |

Inventory made in the presence of :
SA Antonio Wong

Inventory of the property taken and name of any person(s) seized:

1). Samsung SM-A037U  S/N R9TT10L02VBJ
2). Apple iPad  S/N GJ4D7417 51tJi
3) Bottle containing 16GB Thumb drive and Verizon Sim
4) Hurley Red beanie
5) 3M Gray gas mask
6). Apple Macbook Model A1278 with paper containing notes/passwords.

Reid

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-15-2024

*Executing officer's signature*

K. Gonzales, SA
*Printed name and title*